# EXHIBIT I



MAERSK KENSINGTON

SHPA Pilot Boat / Launch
PHANTOM

PHANTOM

09-30

















































